IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GILBERTO JUAREZ,

        Plaintiff,

v.

TWENTY FIVE COURT OFFICERS;
PEOPLE OF CALIFORNIA;
PRISONS; C.E.O.; B. WALTON,

        Defendants.
                                         /

No. C 13-2431 WHA (PR)

**JUDGMENT**

      Pursuant to the order of dismissal, judgment is entered in favor of defendants and against plaintiff.

      **IT IS SO ORDERED.**

Dated: July  24 , 2013.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE